```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 06 B 15766
   CARRIE LYNN LIBMAN
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-3869


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/30/2006 and was confirmed 02/15/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  65.61% from remaining funds.

     The case was converted to chapter 7 after confirmation 05/28/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------------
ROBERT LIBMAN               PRIORITY       NOT FILED             .00            .00
IL STATE DISBURSEMENT UN    NOTICE ONLY    NOT FILED             .00            .00
ADA ARIAS MD                UNSECURED      NOT FILED             .00            .00
AJH SERVICES                UNSECURED      NOT FILED             .00            .00
ASSOCIATED BANK             UNSECURED      NOT FILED             .00            .00
ASSOCIATED PATHOLOGISTS     UNSECURED      NOT FILED             .00            .00
AVON PRODUTS                UNSECURED      NOT FILED             .00            .00
ALLIED DATA CORP            NOTICE ONLY    NOT FILED             .00            .00
BMG MUSIC SERVICE           UNSECURED      NOT FILED             .00            .00
ALLIED INTERSTATE           NOTICE ONLY    NOT FILED             .00            .00
CAPITAL ONE                 UNSECURED      NOT FILED             .00            .00
NORTHLAND GROUP INC         NOTICE ONLY    NOT FILED             .00            .00
WESTMORELAND AGENCY         NOTICE ONLY    NOT FILED             .00            .00
CENTRAL PROFESSIONAL GRO    UNSECURED      NOT FILED             .00            .00
CHASE                       UNSECURED      NOT FILED             .00            .00
PORTFOLIO RECOVERY ASSOC    NOTICE ONLY    NOT FILED             .00            .00
CHASE                       UNSECURED      NOT FILED             .00            .00
CITY OF JOLIET              UNSECURED      NOT FILED             .00            .00
CAB SERVICES                NOTICE ONLY    NOT FILED             .00            .00
DEPENDICARE  HOME HEALTH    UNSECURED      NOT FILED             .00            .00
DIVERSIFIED EMERGENCY SE    UNSECURED      NOT FILED             .00            .00
VAN RU CREDIT CORPORATIO    NOTICE ONLY    NOT FILED             .00            .00
NCO FINANCIAL               UNSECURED             .00            .00            .00
EVANSTON MEDICAL GROUP      UNSECURED      NOT FILED             .00            .00
OSI COLLECTION SERVICES     NOTICE ONLY    NOT FILED             .00            .00
NCO FINANCIAL               UNSECURED         343.00             .00          58.81
EVANSTON NORTHWESTERN HE    UNSECURED      NOT FILED             .00            .00
PINNACLE MANAGEMENT SER     NOTICE ONLY    NOT FILED             .00            .00
EVANSTON NORTHWESTERN HE    UNSECURED      NOT FILED             .00            .00
PINNACLE MANAGEMENT SER     NOTICE ONLY    NOT FILED             .00            .00
FINGERHUT                   UNSECURED      NOT FILED             .00            .00
PLAZA ASSOCIATES            NOTICE ONLY    NOT FILED             .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 15766 CARRIE LYNN LIBMAN
```

```
RJM ACQUISITIONS LLC      NOTICE ONLY    NOT FILED           .00           .00
FINGERHUT                 UNSECURED      NOT FILED           .00           .00
RJM AQUISITIONS FUNDING   NOTICE ONLY    NOT FILED           .00           .00
FIRST PREMIER BANK        UNSECURED      NOT FILED           .00           .00
ARROW FINANCIAL SERVICES  NOTICE ONLY    NOT FILED           .00           .00
FNANB                     UNSECURED      NOT FILED           .00           .00
ERSI                      NOTICE ONLY    NOT FILED           .00           .00
HAZELDEN                  UNSECURED      NOT FILED           .00           .00
HINSDALE BANK & TRUST     UNSECURED       11443.96           .00       2443.54
DONALD L NEWMAN           NOTICE ONLY    NOT FILED           .00           .00
KCA FINANCIAL SERVICES    UNSECURED      NOT FILED           .00           .00
LASALLE BANK              UNSECURED      NOT FILED           .00           .00
TELECHECK                 NOTICE ONLY    NOT FILED           .00           .00
LITERARY GUILD            UNSECURED      NOT FILED           .00           .00
PENN CREDIT CORP          NOTICE ONLY    NOT FILED           .00           .00
MARUS CARDIOLOGY          UNSECURED      NOT FILED           .00           .00
MBNA AMERICA              UNSECURED      NOT FILED           .00           .00
CAPITAL MANAGEMENT SERVI  NOTICE ONLY    NOT FILED           .00           .00
MID AMERICA BANK          UNSECURED      NOT FILED           .00           .00
NCO FINANCIAL SYSTEMS     UNSECURED      NOT FILED           .00           .00
FBCS INC                  NOTICE ONLY    NOT FILED           .00           .00
NEAL R FLORENCE           UNSECURED      NOT FILED           .00           .00
PHEAA                     UNSECURED      NOT FILED           .00           .00
PRAIRIE EMERGENCY SERVIC  UNSECURED         496.00           .00        105.90
IMBS                      NOTICE ONLY    NOT FILED           .00           .00
PROVENA                   UNSECURED      NOT FILED           .00           .00
PROVIDIAN                 UNSECURED        1697.91           .00        362.54
ASSET ACCOUNT CORP        NOTICE ONLY    NOT FILED           .00           .00
PROVIDIAN                 UNSECURED      NOT FILED           .00           .00
PRIMARY FINANCIAL SERVIC  NOTICE ONLY    NOT FILED           .00           .00
CITIBANK                  UNSECURED        1193.00           .00        254.73
ASSET ACCEPTANCE          NOTICE ONLY    NOT FILED           .00           .00
OUR LADY OF RESURRECTION  UNSECURED        1295.00           .00        276.51
ICS                       NOTICE ONLY    NOT FILED           .00           .00
SEVENTH AVENUE            UNSECURED         287.76           .00         55.38
SME PATHOLOGISTS SC       UNSECURED      NOT FILED           .00           .00
ST MARY OF NAZERETH       UNSECURED      NOT FILED           .00           .00
REVENUE PRODUCTION MGT    NOTICE ONLY    NOT FILED           .00           .00
ST MARY OF NAZARETH HOSP  UNSECURED        1749.44           .00        373.54
ICS                       NOTICE ONLY    NOT FILED           .00           .00
TCF BANK                  UNSECURED      NOT FILED           .00           .00
VILLAGE IMAGING PROFESSI  UNSECURED      NOT FILED           .00           .00
ASSET ACCEPTANCE LLC      UNSECURED        2825.58           .00        603.32
ASSET ACCEPTANCE          NOTICE ONLY    NOT FILED           .00           .00
ZAFER HAWICH MD           UNSECURED      NOT FILED           .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED         495.09           .00        105.71
ECMC                      FILED LATE       1244.32           .00           .00
PETER FRANCIS GERACI      DEBTOR ATTY     2,338.00                    2,338.00
TOM VAUGHN                TRUSTEE                                       499.49

                PAGE  2 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 15766 CARRIE LYNN LIBMAN
```

```
DEBTOR REFUND            REFUND                                          22.53

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                               RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                        7,500.00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                              4,639.98
ADMINISTRATIVE                                         2,338.00
TRUSTEE COMPENSATION                                     499.49
DEBTOR REFUND                                             22.53
                           ---------------        ---------------
TOTALS                         7,500.00               7,500.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 08/20/08            _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE